STATE OF CONNECTICUT *v.* WILLIAM GUCKIAN

The state of Connecticut's petition for certification for appeal from the Appellate Court, 27 Conn. App. 225, is granted, limited to the following questions:

"1. Did the Appellate Court properly determine that the term 'crime' as used in Public Acts 1989, No. 89-390[1] includes motor vehicle violations?

"2. Did the Appellate Court properly determine that the requirement of Public Acts 1989, No. 89-390 that there be a 'relationship' between the alcohol or drug dependency and the crime committed does not require a showing of a causal or contributory link between the dependency and the crime?"

*Jack W. Fischer,* deputy assistant state's attorney, in support of the petition.

*Lawrence D. Church,* in opposition.

Decided July 9, 1992

---

[1] Public Acts 1989, No. 89-390 is now codified in General Statutes §§ 17a-648 through 17a-658.